UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT

In the Matter of:

ERIC DARWIN SIMONS,                      Bankruptcy Case No. 09-33417-DSO
LINDA LOUISE SIMONS,                    Chapter 7
            Debtor(s)                     Hon. Daniel S. Opperman
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

     The attached check in the amount of $3.52 represents the total sum of unclaimed dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a). The name(s) of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Spirit of America Bank | 2 | $2.11 |
| PYOD LLC | 10 | $1.41 |

Dated: August 3, 2010           /s/ Samuel D. Sweet
                                       Samuel D. Sweet, Chapter 7 Trustee
                                       P.O. Box 757
                                       Ortonville, MI 48462-0757
                                       248-236-0985
                                       ssweet@trusteesweet.us